UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MELISSA-MARIE BARGE,
    Plaintiff,

vs.                                            Case No.: 3:22cv6729/TKW/ZCB

UNITED STATES, et al.,
    Defendants.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 8). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Plaintiff has not shown a likelihood of success on the merits that would support the issuance of a preliminary injunction. Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     Plaintiff's motion for an emergency injunction (Doc. 3) is **DENIED**.

3.     This case is returned to the magistrate judge for further proceedings.

**DONE and ORDERED** this 9th day of December, 2022.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**